| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| FLORENTINO GONZALEZ-RAMIREZ,<br><br>     Plaintiff,<br><br>  v.<br><br>US PUBLIC HEALTH SERVICE et al.<br><br>     Defendants. | CASE NO. C11-5959-RBL-JRC<br><br>ORDER TO PROVIDE SERVICE COPIES |

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted in forma pauperis status.

The Clerk's Office sent a deficiency letter to plaintiff on November 22, 2011, informing him that the Court needed service copies of his complaint (ECF No. 2). The proposed complaint is only four pages long, but there are two hundred and eighty-six pages of attachments and exhibits. The Court will not provide service copies. The Court needs three complete copies of the complaint and exhibits for service.

ORDER TO PROVIDE SERVICE COPIES - 1

1 | Plaintiff will have until **January 13, 2012**, to provide the service copies to the Court.
2 | Failure to provide the copies will result in a report and recommendation that this action be
3 | dismissed for failure to prosecute and failure to comply with this Court's order.
4 | Dated this 8th day of December, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge