1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

FLORENTINO GONZALEZ-RAMIREZ,

12

Plaintiff,

CASE NO. C11-5959-RBL-JRC

13

v.

ORDER REFERRING A MOTION
TO THE PRO BONO SCREENING
COMMITTEE

14

US PUBLIC HEALTH SERVICE, et al

15

Defendant.

16

17

This 42 §1983 civil rights matter, has been referred to the undersigned Magistrate Judge

pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR

18

3, and MJR 4. Plaintiff has filed a motion seeking appointment of counsel (ECF No. 6). The

19

court hereby ORDERS that:

20

1.    The motion is referred to the Screening Committee of this Court's pro bono panel.

21

2.    On or before February 24, 2012 the Committee SHALL review the case and make
       a recommendation to the Court in accordance with the plan and rules for the pro
       bono panel.

22

23

3.    Plaintiff's motion for appointment of counsel, (ECF No. 6), is re-noted for
       February 24, 2012.

24

ORDER REFERRING A MOTION TO THE PRO
BONO SCREENING COMMITTEE - 1

1

2          The Clerk is directed to send uncertified copies of this order to plaintiff and to the Chair

3    of the Screening Committee.

4          Dated this 3rd day of January, 2012.

5

6                                      J. Richard Creatura
                                       United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REFERRING A MOTION TO THE PRO
BONO SCREENING COMMITTEE - 2