UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FLORENTINO GONZALEZ-RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>US PUBLIC HEALTH SERVICE, et al<br><br>Defendant. | CASE NO. C11-5959-RBL-JRC<br><br>ORDER REFERRING A MOTION TO THE PRO BONO SCREENING COMMITTEE |

This 42 §1983 civil rights matter, has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a motion seeking appointment of counsel (ECF No. 6). The court hereby ORDERS that:

1. The motion is referred to the Screening Committee of this Court's pro bono panel.

2. On or before February 24, 2012 the Committee SHALL review the case and make a recommendation to the Court in accordance with the plan and rules for the pro bono panel.

3. Plaintiff's motion for appointment of counsel, (ECF No. 6), is re-noted for February 24, 2012.

The Clerk is directed to send uncertified copies of this order to plaintiff and to the Chair of the Screening Committee.

Dated this 3rd day of January, 2012.

J. Richard Creatura
United States Magistrate Judge