# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FLORENTINO GONZALEZ-RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> US PUBLIC HEALTH SERVICE et al. <br><br> Defendants. | CASE NO. C11-5959-RBL-JRC <br><br> ORDER DIRECTING THE UNITED STATES MARSHAL'S SERVICE TO ATTEMPT SERVICE OF PROCESS IN PERSON ON DEFENDANT DR. MUN VEGA |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. The Court ordered that service in this case be made by mail on December 28, 2011 (ECF No. 8). The documents were mailed on December 29, 2011. To date the Court has not received either waivers of service, or return of any documents as undeliverable.

The Court now orders the United States Marshal's Service to attempt to serve Dr. Mun Vega, the U.S. Public Health Service, and the Ice Health Service Corporation.

ORDER DIRECTING THE UNITED STATES
MARSHAL'S SERVICE TO ATTEMPT SERVICE
OF PROCESS IN PERSON ON DEFENDANT DR.
MUN VEGA - 1

1       Plaintiff alleges in the complaint that Dr. Vega works for the U.S. Public Health Service 2 and lists a work address of 1623 East "J" Street, Tacoma, Washington 98421. The remaining 3 defendants are government entities that may be served by service on the United States Attorney 4 for this district. See Fed. R. Civ. P. 4 (i).

5       The Clerk's office is directed to coordinate preparation of service documents, a 6 summons, copies of the four pages the Court has ordered constitute the complaint (ECF No. 8), 7 and a Marshal's service form. In compliance with Fed. R. Civ. P. 12 (a) (2 and 3) the defendants 8 have 60 days from the date of service to file a responsive pleading.

9       Dated this 1st day March, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER DIRECTING THE UNITED STATES
MARSHAL'S SERVICE TO ATTEMPT SERVICE
OF PROCESS IN PERSON ON DEFENDANT DR.
MUN VEGA - 2