UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLORENTINO GONZALEZ-RAMIREZ,

    Plaintiff,

v.

US PUBLIC HEALTH SERVICE et al.,

    Defendants.

CASE NO. C11-5959-RBL-JRC

ORDER DENYING APPOINTMENT OF COUNSEL

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. In early December of 2011, plaintiff asked the Court to appoint counsel (ECF No. 6). His request was referred to the pro bono panel for this Court. The panel has informed the Court that they do not believe the action is appropriate for appointment of pro bono counsel (ECF No. 10). The motion for appointment of counsel is therefore denied.

Dated this 2nd day March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING APPOINTMENT OF
COUNSEL - 1