HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FLORENTINO GONZALEZ-RAMIREZ, | No.  11-cv-5959-RBL/JRC |
| Plaintiff, | ORDER |
| v. | (Dkt. #19) |
| U.S. PUBLIC HEALTH SERVICE et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The case is **DISMISSED WITHOUT PREJUDICE**.

Dated this _16th_ day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1